UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:24-CR-00281-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DONOVAN DUHON (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### JUDGMENT

Presently before the Court is the Motion to Suppress [ECF No. 38] filed by defendant, Donovan Duhon. The matter was referred to Magistrate Judge Whitehurst and after conducting an evidentiary hearing, a Report and Recommendation [ECF No. 50] was issued. In the R&R, Magistrate Judge Whitehurst recommends that the Motion to Suppress be denied. Defendant has filed an objection to the R&R and the United States has responded to that objection. The Court has reviewed all of the pleadings filed by the parties as well as the transcript of the evidentiary hearing and evidence submitted at the evidentiary hearing. The Court finds that the R&R appropriately addressed all issues raised by the Defendant and the Court agrees with Magistrate Judge Whitehurst's conclusions and recommendation. Accordingly,

IT IS ORDERED THAT the Court adopts the Report and Recommendation [ECF No. 50] and the Motion to Suppress [ECF No. 38] is DENIED.

THUS DONE in Chambers on this 22nd day of September, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE